# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136038

JACK BOSS and MARI BOSS,
      Plaintiffs-Appellants,

v

LOOMIS, EWERT, PARSLEY, DAVIS &
GOTTING, P.C., KELLY K. REED,
CATHERINE A. JACOBS, KEVIN J.
RORAGEN, EAGLE TRANSPORT SERVICES,
INC., WILLIAM CULBERTSON, S. WHITFIELD
LEE, R. ANDREW GATELY, and TALL GRASS
INVESTMENT CORPORATION,
      Defendants-Appellees.

SC: 136038
COA: 280716
Allegan CC: 05-037882-CK

_____/

On order of the Court, the application for leave to appeal the February 4, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk

d0519